UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

2005 NOV 29 PM 2: 09

| | |
|---|---|
| IN RE:    MIRIAN S. BAILEY | CASE NO. 01-50601 SEG |
| DEBTOR | CHAPTER 7 |
| UNITED STATES TRUSTEE | PLAINTIFF |
| vs. | ADV. NO. 05-05132 SEG |
| MIRIAN S. BAILEY | DEFENDANT |

## AGREED ORDER DENYING DISCHARGE

This matter is before the Court on consideration of a complaint objecting to discharge filed by the United States trustee (UST) requesting the Court deny the defendant a discharge pursuant to 11 U.S.C. §727(a)(8). After fully reviewing this matter, this Court finds that a discharge was granted to defendant pursuant to 11 U.S.C. §727 in a case commenced on March 19, 1998, number 98-51220, which is within six (6) years before February 5, 2001, the date that the above styled and numbered case was filed. Accordingly, a discharge cannot be granted defendant(s) pursuant to 11 U.S.C. §727 in this case or any other chapter 7 case until the expiration of the six (6) year period specified in 11 U.S.C. §727(a)(8).

**IT IS THEREFORE ORDERED** that a discharge pursuant to 11 U.S.C. §727 is denied defendant in this case or any other chapter 7 case until the expiration of the six (6) year period specified in 11 U.S.C. §727(a)(8) which period expires six (6) years from March 19, 1998.

**IT IS FURTHER ORDERED** that on or before November 30, 2005, Attorney for Debtor, David Lord (Lord), shall (1) file an itemization of services which discloses all funds paid or to be paid in connection with the original conversion of this case from chapter 13 to chapter 7 and shall serve a copy of same on the United States trustee and the chapter 7 case trustee; and (2) refund to Debtor all funds paid in connection with the original conversion of this case from chapter 13 to chapter 7 and provide evidence to the UST of such payment.

**ORDERED AND ADJUDGED** on this the 24th day of Nov , 2005.

_____
EDWARD R. GAINES
U. S. BANKRUPTCY COURT JUDGE

APPROVED FOR ENTRY:

_____
Betty Ruth Fox
Trial Attorney for
United States Trustee

_____
David L. Lord, Esq.
Attorney for debtors

   **IT IS FURTHER ORDERED** that on or before November 30, 2005, Attorney for Debtor, David Lord (Lord), shall (1) file an itemization of services which discloses all funds paid or to be paid in connection with the original conversion of this case from chapter 13 to chapter 7 and shall serve a copy of same on the United States trustee and the chapter 7 case trustee; and (2) refund to Debtor all funds paid in connection with the original conversion of this case from chapter 13 to chapter 7 and provide evidence to the UST of such payment.

   **ORDERED AND ADJUDGED** on this the ___ day of _____, 2005.

                       _____
                        **EDWARD R. GAINES**
                        **U. S. BANKRUPTCY COURT JUDGE**

APPROVED FOR ENTRY:

_____
Betty Ruth Fox
Trial Attorney for
United States Trustee

_____
David L. Lord, Esq.
Attorney for debtors